DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLKIAM J. MAITRE, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1086

[July 26, 2018]

Appeal of order denying rule 3.800 from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 1997CF03674A.

William J. Maitre, Jr., Fort Pierce, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***